IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| 3932 CHURCH STREET SUPERMARKET INC | ) | CASE NO. 05-03774-JHS |
| | ) | |
| Debtor(s) | ) | Hon. JOHN H. SQUIRES |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

DISTRIBUTION REPORT

I, Andrew J. Maxwell, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I am making the following distribution.

SUMMARY OF DISTRIBUTION:

| | | |
|---|---|---:|
| Secured Claims: | $ | 0.00 |
| Chapter 7 Administrative Expenses: | $ | 18,724.60 |
| Chapter 11 Administrative Expenses: | $ | 0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $ | 1,790.00 |
| Secured Tax Liens: | $ | 0.00 |
| Priority Tax Claims: | $ | 0.00 |
| General Unsecured Claims: | $ | 1,205.74 |
| Debtor Exemption: | $ | 0.00 |
| Interest (726(a)(6)): | $ | 0.00 |
| Other: | $ | 0.00 |
| Debtor Surplus: | $ | 0.00 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ | 21,720.34 |

**EXHIBIT D**

DISTRIBUTION REPORT

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured claim | $ 0.00 | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 2. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including Court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | | $ 26,784.42 | 100% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | ANDREW J. MAXWELL, TRUSTEE | $3,732.30 | $3,732.30 |
| 16 | BROWN, MICHAEL | $2,000.00 | $2,000.00 |
| 18 | MAXWELL LAW GROUP | $192.30 | $192.30 |
| 17 | MAXWELL LAW GROUP, LLC | $12,800.00 | $12,800.00 |
| 19 | SCOTT BOWERS | $8,059.82 | $0.00* |
| 3. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
| §726(a) & (b) and §507(a)(1) Debtor-in Possession (DIP) administrative expenses) | | $ 0.00 | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 4. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 1,790.00 | 100% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 14 | ILLINOIS DEPARTMENT OF REVENUE | $1,790.00 | $1,790.00 |

*Bowers was previously paid out of the auction proceeds

**EXHIBIT D**

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions, limited to $10,000 | $ 0.00 | |
| CLAIM NO.   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
| §507(a)(4) - Contributions to Employment Funds. | $ 0.00 | |
| CLAIM NO.   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
| §507(a)(5) - Farmers' and Fisherman's claims to the extent of $4,925 | $ 0.00 | |
| CLAIM NO.   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
| §507(a)(6) - Deposits by consumers to the extent of $2,225 | $ 0.00 | |
| CLAIM NO.   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
| §507(A)(7) Alimony Maintenance and Support | $ 0.00 | |
| CLAIM NO.   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
| §507(b) - Tax Liens | $ 0.00 | |
| CLAIM NO.   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
| §507(a)(7) - Tax claims, excluding fines and penalties | $ 0.00 | |
| CLAIM NO.   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
| §507(a)(8) - Capital Commitments to FDIC, et al. | $ 0.00 | |
| CLAIM NO.   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
| §726(a)(2) - General Claims | $ 47,790.37 | 2% |
| CLAIM NO.     CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
| 5    CIT COMMUNICATION FINANCE CORPORATION | $4,422.96 | $111.59 |
| 3    HARRISON'S POULTRY FARM INC | $697.63 | $17.60 |
| 13   ILLINOIS DEPARTMENT OF REVENUE | $136.00 | $3.44** |
| 11   JOSEPH G STEC INC | $17,460.49 | $440.52 |
| 6    LECHNER & SONS | $983.41 | $24.81 |
| 10   MAYFAIR SUPPLIES | $470.50 | $11.87 |
| 2    MICHAEL & BROWN ASSOCIATES | $7,775.00 | $196.16 |
| 9    NICOR GAS | $2,376.48 | $59.96 |
| 4    RAPID CIRCULAR PRESS INC. | $1,964.60 | $49.57 |

**to be turned over to the Clerk of the US Bankruptcy Ct

**EXHIBIT D**

| | | | |
|---|---|---:|---:|
| 7 | SARA LEE FOODS | $727.78 | $18.36 |
| 8 | SUPERIOR KNIFE INC. | $326.37 | $8.23 |
| 1 | THANOUKOS, JOHN | $8,522.50 | $215.02 |
| 12 | WETTERLING & SON | $1,926.65 | $48.61 |

| 14.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $ 0.00 | |
| CLAIM NO.   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |

| 15.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/ penalties | $ 0.00 | |
| CLAIM NO.   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |

| 16.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | |
| CLAIM NO.   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |

| 17.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | |
| CLAIM NO.   CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |

The following claims are not included in the distribution because they have been disallowed by Court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____

_____
Trustee

**EXHIBIT D**