**THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| 3932 CHURCH STREET SUPERMARKET INC | ) | CASE NO. 05-03774-JHS |
| Debtor(s) | ) | Hon. JOHN H. SQUIRES |
| | ) | BANKRUPTCY JUDGE |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   United States Bankruptcy Court
         219 South Dearborn Street, Courtroom 680
         Chicago, IL 60604

   On: **October 6, 2008**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---:|
   | Receipts | $29,822.99 |
   | Disbursements | $8,102.65 |
   | Net Cash Available for Distribution | $21,720.34 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---:|---:|---:|
| Andrew J. Maxwell, Trustee | $0.00 | $3,732.30 | $0.00 |
| MAXWELL LAW GROUP, Attorney for Trustee | $0.00 | $0.00 | $192.30 |
| MAXWELL LAW GROUP, LLC, Attorney for Trustee | $0.00 | $12,800.00 | $0.00 |
| BROWN, MICHAEL, Accountant for Trustee | $0.00 | $2,000.00 | $0.00 |
| SCOTT BOWERS, Auctioneer for Trustee | $8,059.82 | $0.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: none

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,790.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100%. Allowed priority claims are:

| Claim No. | Claimant | Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 000013B | ILLINOIS DEPARTMENT OF REVENUE | $1,790.00 | $1,790.00 |

7. Claims of general unsecured creditors totaling $48,788.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 2.47%. Allowed general unsecured claims are as follows:

| Claim No. | Claimant | Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 000001 | THANOUKOS, JOHN | $8,522.50 | $215.02 |
| 000002 | MICHAEL & BROWN ASSOCIATES | $7,775.00 | $196.16 |
| 000003 | HARRISON'S POULTRY FARM INC | $697.63 | $17.60 |
| 000004 | RAPID CIRCULAR PRESS INC. | $1,964.60 | $49.57 |
| 000005 | CIT COMMUNICATION FINANCE CORPORATI | $4,422.96 | $111.59 |
| 000006 | LECHNER & SONS | $983.41 | $24.81 |
| 000007 | SARA LEE FOODS | $727.78 | $18.36 |
| 000008 | SUPERIOR KNIFE INC. | $326.37 | $8.23 |
| 000009 | NICOR GAS | $2,376.48 | $59.96 |
| 000010 | MAYFAIR SUPPLIES | $470.50 | $11.87 |
| 000011 | JOSEPH G STEC INC | $17,460.49 | $440.52 |
| 000012 | WETTERLING & SON | $1,926.65 | $48.61 |
| 000013A | ILLINOIS DEPARTMENT OF REVENUE | $136.00 | $3.44* |
| 000014 | DOMINION RETAIL INC. | $997.75 | $0.00 |

*will be turned over to the Clerk of the US Bankruptcy Court

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. The Trustee proposes to abandon the property described, as listed on Form 1 attached as a part of the Trustee's Final Report, including but not limited to the following property at the hearing:

<u>Name of Property</u>
UTILITY DEPOSIT -COMED   $3,000.00
OFF EQUIP/FURN/ SUPPPLIES   $47,300.00

Dated: **September 9, 2008**   For the Court,

   By: **KENNETH S. GARDNER**
     Kenneth S. Gardner
     Clerk of the U.S. Bankruptcy Court
     219 S. Dearborn Street; 7th Floor
     Chicago, IL 60604

Trustee:  Andrew J. Maxwell
Address:  105 W. Adams
    Suite 3200
    Chicago, IL  60603
Phone No.: (312) 368-1138

**SERVICE LIST**
**3932 CHURCH STREET SUPERMARKET INC.**
**05 B 03774**

Andrew J. Maxwell
Maxwell Law Group
105 West Adams Street, Suite 3200
Chicago, IL  60603

Mark Michael
Michael & Brown, CPAs
4868 West Dempster Street
Skokie, IL  60077