IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| 3932 CHURCH STREET SUPERMARKET INC | ) | CASE NO. 05-03774-JHS |
| Debtor(s) | ) | Hon. JOHN H. SQUIRES |
| | ) | BANKRUPTCY JUDGE |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    United States Bankruptcy Court
           219 South Dearborn Street, Courtroom 680
           Chicago, IL 60604

    On: **October 6, 2008**                Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                  $29,822.99
    Disbursements                              $8,102.65
    Net Cash Available for Distribution       $21,720.34

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Andrew J. Maxwell, Trustee | $0.00 | $3,732.30 | $0.00 |
| MAXWELL LAW GROUP, Attorney for Trustee | $0.00 | $0.00 | $192.30 |
| MAXWELL LAW GROUP, LLC, Attorney for Trustee | $0.00 | $12,800.00 | $0.00 |
| BROWN, MICHAEL, Accountant for Trustee | $0.00 | $2,000.00 | $0.00 |
| SCOTT BOWERS, Auctioneer for Trustee | $8,059.82 | $0.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: none

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,790.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100%. Allowed priority claims are:

| Claim No. | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000013B | ILLINOIS DEPARTMENT OF REVENUE | $1,790.00 | $1,790.00 |

7. Claims of general unsecured creditors totaling $48,788.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 2.47%. Allowed general unsecured claims are as follows:

| Claim No. | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | THANOUKOS, JOHN | $8,522.50 | $215.02 |
| 000002 | MICHAEL & BROWN ASSOCIATES | $7,775.00 | $196.16 |
| 000003 | HARRISON'S POULTRY FARM INC | $697.63 | $17.60 |
| 000004 | RAPID CIRCULAR PRESS INC. | $1,964.60 | $49.57 |
| 000005 | CIT COMMUNICATION FINANCE CORPORATI | $4,422.96 | $111.59 |
| 000006 | LECHNER & SONS | $983.41 | $24.81 |
| 000007 | SARA LEE FOODS | $727.78 | $18.36 |
| 000008 | SUPERIOR KNIFE INC. | $326.37 | $8.23 |
| 000009 | NICOR GAS | $2,376.48 | $59.96 |
| 000010 | MAYFAIR SUPPLIES | $470.50 | $11.87 |
| 000011 | JOSEPH G STEC INC | $17,460.49 | $440.52 |
| 000012 | WETTERLING & SON | $1,926.65 | $48.61 |
| 000013A | ILLINOIS DEPARTMENT OF REVENUE | $136.00 | $3.44* |
| 000014 | DOMINION RETAIL INC. | $997.75 | $0.00 |

*will be turned over to the Clerk of the US Bankruptcy Court

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

located the process abandonment of the matter referred, described in Term 1 attached as a part of the final Report including payment of its listed to the following property at the hearing:

| Name of Property | |
|---|---|
| UTILITY DEPOSIT -COMED | $3,000.00 |
| OFF EQUIP/FURN/ SUPPPLIES | $47,300.00 |

Dated: **September 9, 2008**  For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: Andrew J. Maxwell
Address: 105 W. Adams
Suite 3200
Chicago, IL 60603
Phone No.: (312) 368-1138

**SERVICE LIST**
**3932 CHURCH STREET SUPERMARKET INC.**
**05 B 03774**

Andrew J. Maxwell
Maxwell Law Group
105 West Adams Street, Suite 3200
Chicago, IL  60603

Mark Michael
Michael & Brown, CPAs
4868 West Dempster Street
Skokie, IL  60077

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: amcc7                  Page 1 of 2                   Date Rcvd: Sep 09, 2008
Case: 05-03774                  Form ID: pdf002              Total Served: 51

The following entities were served by first class mail on Sep 11, 2008.
db           +3932 Church Street Supermarket, Inc.,    3932 Chruch Street,   Evanston, IL 60203
aty          +Andrew J Maxwell, ESQ,   Maxwell Law Group, LLC,    105 West Adams Street  Ste 3200,
               Chicago, IL 60603-6209
aty          +Joseph Wrobel,   Joseph Wrobel, Ltd,   105 W Madison,   Suite 700,   Chicago, IL 60602-4669
tr           +Andrew J Maxwell, ESQ,   Maxwell & Potts, LLC,   105 West Adams Street,   Suite 3200,
               Chicago, IL 60603-6209
8910634       ABC Beverage Corp.,   21431 Network Place,   Box 21431,   Chicago, IL 60673-1214
8910635       Advanta Business Card,   P.O. Box 8088,   Philadelphia, PA 19101-8088
8910636       American Express,   P.O. Box 360002,   FT. Lauderdale, FL 33336-0002
8910637      +American Family Insurance Group,   Madison, WI 53777-0001
8910638      +Avaya Financial Services,   PO Box 463,   Livingston, NJ 07039-0463
9061894      +Biehl & Biehl Inc,   Rep: Tribune Company,   PO Box 66415,   Amf Ohare IL 60666-0415
9356685      +CIT Communication Finance Corporation,   1 CIT Drive #4104-A,   Livingston NK 07039-5703,
               Attn: Bankruptcy Dept
8910639       Certified Grocers,   Onc Certified Drive,   Hodgkins, IL 60525
9061885      +Chiappetti Meat Co,   c/o Biehl & Biehl Inc,   411 E Irving Park Rd,   Bensenville IL 60106-2230
8910640      +Chicago Tribune Financial Service,   Attn B. Rowsey,   435 North Michigan Ave 3rd Floor,
               Chicago, IL 60611-4026
8910641       Citibank Visa,   P.O. Box 6309,   The Lakes, NV 88901-6309
8910642      +Coca Cola Enterprises,   2335 Paysphere Circle,   Chicago, IL 60674-0023
9061891       Corporate Collection Services,   Rep:Paychex,   PO Box 911931,   Dallas TX 75391-1931
8910644       Dominion Retail Inc.,   P.O. Box 298,   Pittsburgh, PA 15230-0298
8910645      +Dutch Farms Inc.,   38393 Eagle Way,   Chicago, IL 60678-0001
8910646       Great Lakes Kosher Sales,   7324 North Lawrence,   Skokie, IL 60076
9061887      +Harrison's Poultry Farm Inc,   1201 Waukegan Rd,   Glenview IL 60025-3019
9619069     ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,   Bankruptcy Section,
               100 W. Randolph Street, Level 7-400,   Chicago, IL 60601)
8910647       Illinois Dept. of Revenue,   Attn: Bankruptcy Admin. Sect.,   PO Box 64338,
               Chicago, IL 60664-0338
8910648      +Jerry's Front Ranch,   7901 N. Milwaukee Ave.,   Niles, IL 60714-3196
9615196       Joseph G Stec Inc,   598 Farina Court,   Mundelein IL 60060-2649
8910650      +Kosher Meat Club Inc.,   4731 W. Burleigh,   Milwaukee, WI 53210-1795
8910651      +Lechner & Sons,   420 Kingston Court,   Mount Prospect, IL 60056-6068
9356688      +Lechner & Sons,   Julie G Davis,   Seidler & McErlean,   One N Wacker Dr #4125,
               Chicago IL 60606-2834
9061888      +Liturgical Publications Inc,   2875 S James Dr,   New Berlin WI 53151-3667
8910652      +Mahoney Environmental,   1819 Moen Ave.,   Joliet, IL 60436-9323
8910653      +Mayfair Supplies,   900 Morse Ave.,   Elk Grove Village, IL 60007-5108
8910654      +Mettler Toledo,   1900 Polaris Parkway,   Columbus, OH 43240-4055
8910655      +Michael & Brown Associates,   4868 W. Dempster Street 2 West,   Skokie, IL 60077-5458
8910656       Midwest Time Recorder Inc.,   7964 S. Madison Street,   Burr Ridge, IL 60527-5806
8910658      +North Shore Kosher Bakery,   2919 W. Touhy Ave.,   Chicago, IL 60645-2937
9061889      +Onyx Waste Services Inc,   4612 W Lake St,   Melrose Park IL 60160-2747
9061890      +Paychex,   1175 John St,   West Henrietta NY 14586-9199
8910659       Rapid Circular Press Inc.,   526 N. Western Ave.,   Chicago, IL 60612-1498
8910660      +Sara Lee Foods,   10151 Carver Road,   Cincinnati, OH 45242-4758
8910661      +Sign Centers,   9724 South Rutherford Ave.,   Oak Lawn, IL 60453-2146
8910662      +Stewarts Private Blend Foods, Inc.,   4110 Wrightwood Ave.,   Chicago, IL 60639-2172
8910663      +Superior Knife Inc.,   8120 N. Central Park Ave.,   Skokie, IL 60076-2907
9061892       TeleCheck Services Inc,   PO Box 60028,   City of Industry CA 91716-0028
9156073      +Thanoukos, John,   3150 Glenway Drive,   North Brook IL 60062-7508
9061893      +Tribune Company,   435 N Michgian Ave 3rd Floor,   Chicago IL 60611-4026
8910664      +Twin City Poultry,   4630 Quebec Ave.,   North New Hope, MN 55428-4973
8910665      +Waste Management,   Attn: Billing,   1411 Opus Place, Suite 400,   Downers Grove, IL 60515-1481
8910666      +Wetterling & Son,   1244 George Street,   Chicago, IL 60657-4220

The following entities were served by electronic transmission on Sep 10, 2008.
8910643      +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                           Commonwealth Edison,
               Attn: Bankruptcy Dept.,   PO Box 767,   Chicago, IL 60690-0767
9061886       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 10 2008 10:00:51      Discover,   PO Box 3016,
               New Albany OH 43054
8910657      +E-mail/Text: bankrup@nicor.com                           Nicor Gas,   PO Box 549,
               Aurora, IL 60507-0549
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Andrew J Maxwell, ESQ,   Maxwell & Potts, LLC,   105 West Adams Street,   Suite 3200,
               Chicago, IL 60603-6209
                                                                                   TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2              Date Rcvd: Sep 09, 2008
Case: 05-03774                 Form ID: pdf002          Total Served: 51
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 11, 2008**                     **Signature:**       /s/ Joseph Speetjens